**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| MARLON ACOSTA, on behalf of himself and other persons similarly situated | CIVIL ACTION |
| VERSUS | NO. 19-9315 |
| HIPNATION OPERATIONS & SOLUTIONS LLC, ET AL. | SECTION "D" (3) |

## ORDER OF DISMISSAL

Considering the Joint Stipulation of Dismissal (R. Doc. 27) filed by Plaintiff Marlon Acosta and Defendant HIPNation Operations & Solutions LLC, and the Court having been advised that the these two parties have entered into a full and final settlement of all claims in this matter;

**IT IS HEREBY ORDERED** that Plaintiff's individual claims against Defendant HIPNation Operations & Solutions LLC are **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 10th day of September 2019.

_____
**WENDY B. VITTER**
**UNITED STATES DISTRICT JUDGE**