IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MARLON ACOSTA, on behalf of himself and other persons similarly situated,<br><br>　　　　Plaintiff,<br><br>v.<br><br>HIPNATION OPERATIONS & SOLUTIONS LLC, et al,<br>　　　　Defendants. | CIVIL ACTION NO. 19-9315<br><br>JUDGE WENDY B. VITTER<br><br>MAG. JUDGE DANA M. DOUGLAS |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, please take notice that Plaintiff Marlon Acosta, on behalf of himself and other persons similarly situated, voluntarily dismisses his individual claims with prejudice and putative class members' claims without prejudice against Defendant accessAmerica Group, LLC. Defendant consents to this dismissal.

　　　　　　　　　　　　　　　　　　　　*Respectfully submitted,*

Dated: May 27, 2020　　　　　　　　　*/s/ Jonathan M. Kirkland*
　　　　　　　　　　　　　　　　　　　　Jonathan M. Kirkland, Esq.
　　　　　　　　　　　　　　　　　　　　BEAUMONT COSTALES LLC
　　　　　　　　　　　　　　　　　　　　3801 Canal Street, Suite 207
　　　　　　　　　　　　　　　　　　　　New Orleans, Louisiana
　　　　　　　　　　　　　　　　　　　　Telephone: (504) 534-5005
　　　　　　　　　　　　　　　　　　　　Facsimile:  (504) 272-2956
　　　　　　　　　　　　　　　　　　　　rlc@beaumontcostales.com

　　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff*

/s/ Ryan P. Mounsour

_____
PRESTON L. HAYES (#29898)
RYAN P. MONSOUR (#33286)
 ZACHARY R. SMITH (#37316)
Chehardy, Sherman, Williams, Murray, Recile, Stakelum & Hayes, L.L.P.
One Galleria Boulevard, Suite 1100 Metairie, Louisiana 70001
Telephone: (504) 833-5600
Facsimile: (504) 613-4528

Counsel for accessAmerica Group, LLC