UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**MARLON ACOSTA, on behalf of himself and other persons similarly situated**  **CIVIL ACTION**

**VERSUS**  **NO. 19-9315-WBV-DMD**

**HIPNATION OPERATIONS & SOLUTIONS LLC, ET AL.**  **SECTION D(3)**

## ORDER

Considering the Stipulation of Dismissal (R. Doc. 44),

IT IS HEREBY ORDERED that Plaintiff Marlon Acosta's claims against Defendant accessAmerica Group, LLC are DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this the 29th day of May, 2020.

_____
**WENDY B. VITTER
UNITED STATES DISTRICT JUDGE**